JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN SHOEMAKER, | Case No. 2:23−cv−00998 SB (SKx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE CIVIL ACTION** |
| v. | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, | |
| Defendant. | |

Pursuant to the February 24, 2023 Stipulation to Dismiss Entire Civil Action, it is hereby ordered that:

1. This entire action is dismissed without prejudice to Plaintiff's right to file the complaint in the above-captioned action with JAMS to consolidate it with his pending JAMS matter; and

2. Each party shall bear their own fees and costs in the above-captioned action.

**IT IS SO ORDERED**.

Dated: February 28, 2023

_____
Honorable Stanley Blumenfeld, Jr.
United States District Judge